No. 91–7989. WICKSTROM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7996. BAILEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8004. PRECIADO-LEON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8012. DAVIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–8015. WRICE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8026. BECAK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8030. LUETH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8033. HELMY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8035. CRUMITY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–8039. HOLMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8044. DANIELS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8047. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8055. ARMENDARIZ-MATA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8057. MORENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8061. CHRISTENSON *v.* MICHIGAN. Cir. Ct. Montcalm County, Mich. Certiorari denied.

No. 91–8063. CHUKWUBIKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.